IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:10CR73 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CAROLINA VENTURA-SABINA,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Carolina Ventura-Sabina (Ventura-Sabina) (Filing No. 18). Ventura-Sabina seeks an additional five weeks in which to file pretrial motions in accordance with the progression order. Ventura-Sabina's counsel represents that Ventura-Sabina will file an affidavit wherein s he consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Ventura-Sabina's motion for an extension of time and for a continuance of trial (Filing No. 18) is granted. Ventura-Sabina is given until **on or before June 11, 2010,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 13, 2010 and June 11, 2010**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this

case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 13th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge